## LEONARD UDOLF *v.* METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY
### (AC 18346)

Lavery, Hennessy and Sullivan, Js.

Submitted on briefs March 4—officially released March 23, 1999

Per Curiam. The judgment is affirmed.

## EMIL V. BENVENUTO *v.* RAMESH MAHAJAN ET AL.
### (AC 18826)

Landau, Hennessy and Shea, Js.

Argued March 2—officially released March 23, 1999

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* BRETT SALTUS
### (AC 17877)

Lavery, Landau and Spear, Js.

Argued March 23—officially released April 20, 1999

Per Curiam. The judgment is affirmed.